# UNITED STATES DISTRICT COURT
### for the
### Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>Shane Sonderman<br><br>Defendant(s) | )<br>)<br>)  Case No.  20-cr-20090 MSN/cgc<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 2019-April 2020__ in the county of __Lauderdale__ in the __Western__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1343/1349 | Wire fraud/conspiracy |
| 18 USC 875(c) | Interstate communication of threats |
| 18 USC 1038 | False information and hoaxes |
| 18 USC 371 | Conspiracy |

This criminal complaint is based on these facts:
See affidavit, attached and incorporated herein

☑ Continued on the attached sheet.

_____
Complainant's signature

Jordan Reynolds, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: __4 May 2020__

/s/ Charmiane G. Claxton
Judge's signature

City and state: __Memphis, Tennessee__   Charmiane G. Claxton, U.S. Magistrate Judge
Printed name and title