UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(713) 421-9200* |

## NOTICE OF RE-SETTING
**Before Judge Mark S. Norris, United States District Judge**

November 12, 2020

RE: 2:20cr20090-MSN
*USA v.  SHANE SONDERMAN*    (in custody)

Dear Sir/Madam:

A **FINAL REPORT DATE** has been **RE-SET** on **WEDNESDAY, JANUARY 20, 2021** at **9:30 AM** before **Judge Mark S. Norris** in **Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee**.   (Reset from 02/04/21)

**There will be limited seating for the public.  The  parties are instructed to notify the case  manager  if  this will be an evidentiary hearing and if any other persons will attend other than the parties in this case. All persons entering a court facility must follow all rules adopted for the federal building. Participants may not enter the building, or they may be removed from the building, if they fail to comply with federal building rules and screening protocols.  Everyone in the Courtroom will be required to wear a face covering over their mouth and nose.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY:   S/ *Zandra Frazier*
Zandra Frazier, Case Manager
901-495-1277
E-mail: zandra_frazier@tnwd.uscourts.gov