IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 20-20090-MSN |
| ) | |
| SHANE SONDERMAN, ) | |
| ) | |
| Defendant. ) | |

---

## ORDER ON CHANGE OF PLEA
---

This cause came on for a change of plea hearing on March 22, 2021, Assistant U.S. Attorney Debra Lynn Ireland appearing for the Government, and the defendant, Shane Sonderman, appearing in person and with retained counsel, Bryan Russell Huffman.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the First Superseding Indictment. Plea colloquy was held and the Court accepted the defendant's plea. Sentencing is set **Wednesday, July 21, 2021, at 9:30 a.m.**

The defendant may remain on his present bond pending sentencing.

SO ORDERED this 22nd day of March, 2021.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE