UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| ***Thomas M. Gould, Clerk*** | ***Deputy-in-Charge*** |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(713) 421-9200* |

**NOTICE OF SETTING**
**Before Judge Mark S. Norris, United States District Judge**

March 22, 2021

RE:   2:20cr20090-MSN
      *USA v.  SHANE SONDERMAN*

Dear Sir/Madam:

The **SENTENCING** has been **SET** on **WEDNESDAY, JULY 21, 2021  at 9:30 AM** before **Judge Mark S. Norris** in **Courtroom 4,  9th floor of the Federal Building, Memphis, Tennessee**.

**There will be limited seating for the public.  The parties are instructed to notify the case manager if this will be an evidentiary hearing and if any other persons will attend other than the parties in this case. All persons entering a court facility must follow all rules adopted for the federal building.  Participants may not enter the building, or they may be removed from the building, if they fail to comply with federal building rules and screening protocols. Everyone in the Courtroom will be required to wear a face covering over their mouth and nose.**

As to defendants on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

**THE DEFENSE COUNSEL SHALL PERSONALLY CONTACT THE DEFENDANT TO INSURE HIS/HER ATTENDANCE AT THE DESIGNATED TIME.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY:   S/ *Zandra Frazier*
      Zandra Frazier, Case Manager
      901-495-1277
      E-mail: zandra_frazier@tnwd.uscourts.gov