AO 442 (Rev. 11/11) Arrest Warrant

FID 1112015フ

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee  ▼

> **RECEIVED**
> By W/TN USMS at 1:20 pm, Apr 08, 2021

United States of America

v.

SHANE SONDERMAN
USm# 31973 076

Case No.  2:20-c-20090-MSN

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

 **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   SHANE SONDERMAN ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☑ Order of the Court

This offense is briefly described as follows:
 Violation of conditions of pretrial release

ORIGINAL

Date:  ____04/06/2021____

_____
*Issuing officer's signature*

City and state:  ___Memphis, Tennessee___

U.S. Magistrate Judge Annie T. Christoff
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  06 Apr 2021 , and the person was arrested on *(date)*  08 Apr 2021 at *(city and state)*  Memphis TN . |
| Date:  07 Apr 2021                    _____<br>*Arresting officer's signature*<br><br>Darrel Welden  OUSM<br>*Printed name and title* |