# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**UNITED STATES OF AMERICA**

v          **Case No.** 2:20-cr-20090-MSN-1

**SHANE SONDERMAN,**

## ORDER REVOKING BOND

This cause came on to be heard on Wednesday, April 14. 2021 pursuant to a Petition filed by AUSA Debra Ireland alleging violation of the conditions of the defendant's pretrial release. Upon the defendant waiving his right to a hearing; the court hereby ORDERS that the defendant's bond be and hereby is revoked. The defendant will be held in custody pending the trial/final revocation hearing of this matter.

IT IS SO ORDERED.

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

DATE:     April 14, 2021.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____