# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                                                No: 2:20-cr-20090-MSN

SHANE SONDERMAN,

    Defendant.

## ORDER REGARDING BROADCASTING, TELEVISING, RECORDING
## OR PHOTOGRAPHING COURTROOM PROCEEDINGS

Pursuant to Federal Judicial Conference Policy, any broadcasting, televising, recording, or photographing of the proceedings in this case is strictly prohibited. A Sentencing Hearing is set in this matter for Wednesday, July 21, 2021 at 9:30 a.m. in Courtroom 4. Any broadcasting, televising, recording, or photographing of the proceedings in violation of this Order will constitute contempt of Court and will be adjudicated accordingly.

**IT IS SO ORDERED**, this 20th day of July 2021.

                                                                       *s/ Mark S. Norris*
                                                                       MARK S. NORRIS
                                                                       UNITED STATES DISTRICT JUDGE