# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **TENNESSEE**

UNITED STATES OF AMERICA

V.

**SHANE SONDERMAN**

## EXHIBIT AND WITNESS LIST

Case Number: 2:20-cr-20090-MSN

| PRESIDING JUDGE<br>**Mark S. Norris** | PLAINTIFF'S ATTORNEY<br>Debra Ireland | DEFENDANT'S ATTORNEY<br>Bryan Huffman |
|---|---|---|
| TRIAL DATE (S)<br>Sentencing Hearing held on 07/21/2021 | COURT REPORTER<br>Lisa Mayo | COURTROOM DEPUTY<br>Zandra Frazier |

| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT AND WITNESSES* |
|---|---|---|---|---|---|---|
| ✓ | | 07/21/21 | ✓ | | | **David Palmer** |
| 1 (coll) | | 07/21/21 | | ✓ | ✓ | Various screen printouts, emails, text message screen shots etc. (6 pages) |
| ✓ | | 07/21/21 | ✓ | | | **Mary Frances Herring** |
| ✓ | | 07/21/21 | ✓ | | | **Ann Billings** |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages