AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
## for the
### Western District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| SHANE SONDERMAN | ) Case No. 2:20-CR20090-01-MSN |
| [USM # 31973-076] | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SHANE SONDERMAN,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of Supervised Release

in violation of Title 18, United States Code, Section(s) 3583.

Date: 04/25/2025

*Issuing officer's signature*

City and state: Memphis, TN

Joseph P. Warren, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4-28-25, and the person was arrested on *(date)* 4-28-25
at *(city and state)* Memphis, TN.

Date: 4-28-25

*Arresting officer's signature*

DUSTY  Cody Moore
*Printed name and title*