IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                         Cr. No.  20-20090-MSN

SHANE SONDERMAN,

      Defendant.

---

NOTICE OF ENTRY OF APPEARANCE

---

Please take notice that Gregory Gookin, Assistant Federal Defender, herein enters his notice of appearance as counsel for Shane Sonderman in the above styled and numbered cause.

This 29th day of April 2025.

> s/ GREGORY GOOKIN
> Assistant Federal Defender
> 200 Jefferson Avenue
> Suite 200
> Memphis, TN 38103
> 901-544-3895

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document was forwarded by electronic means via the Court's electronic filing system to Debra Ireland, Assistant U.S. Attorney, 167 N. Main, Suite 800, Memphis, TN 38103, this 29th day of April 2025.

> s/ Gregory Gookin
> Assistant Federal Defender