# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 20-CR-20090 |
| SHANE SONDERMAN, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel, to file this notice on behalf of the United States of America in this cause, and to request copies of notices and settings hereafter with respect to any matter that may be pending.

This April 29, 2025.

        Respectfully submitted,

        Joseph C. Murphy, Jr.
        Interim United States Attorney

        s/Lauren J. Delery
        Lauren J. Delery
        Assistant United States Attorney
        Suite 800 Federal Building
        167 North Main
        901-544-4231

CERTIFICATE OF SERVICE

I, Lauren J. Delery, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing document has been filed via the District Court's electronic case filing system.

This <u>April 29, 2025</u>.

<u>/s/Lauren J. Delery</u>
Assistant United States Attorney