**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cr. No. 20-CR-20090 |
| | ) |
| **SHANE SONDERMAN,** | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR ORDER SUBSTITUTING COUNSEL

Comes now the United States of America, pursuant to Local Rule 83.5 of the Western District of Tennessee, and moves this Honorable Court for an Order Substituting counsel for the United States of America, such that Lauren J. Delery, be substituted as Counsel for the United States, and that Debra L. Ireland be removed from the servicing in this matter. Lauren J. Delery has filed a notice of appearance in this matter.

**WHEREFORE, PREMISES CONSIDERED**, the Government prays for the requested relief.

Respectfully submitted,

Joseph C. Murphy, Jr.
Interim United States Attorney

s/Lauren J. Delery
Lauren J. Delery
Assistant U.S. Attorney
167 N. Main, Suite 800
Memphis, Tennessee 38103
Telephone: (901) 544-4231

CERTIFICATE OF SERVICE

I, Lauren J. Delery, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing pleading was filed by electronic means via the court's electronic filing system.

This date: April 29, 2025.

s/Lauren J. Delery
Assistant United States Attorney