# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )   Cr. No. 2:20-cr-20090-MSN |
| | ) |
| **SHANE SONDERMAN,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER SUBSTITUTING COUNSEL

Upon motion of the United States and for good cause shown, it is hereby ORDERED that Lauren J. Delery be substituted as Lead Counsel for Plaintiff, and that Debra L. Ireland be removed from the servicing in this matter.

**IT IS SO ORDERED** this 29th day of April, 2025.

                         *s/ Mark S. Norris*
                         MARK S. NORRIS
                         UNITED STATES DISTRICT JUDGE