**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Wendy R. Oliver, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(713) 421-9200* |

---

**NOTICE OF SETTING**
**Before Judge Mark S. Norris, United States District Judge**

---

May 1, 2025

    RE:    2:20cr20090-MSN
              *USA v. SHANE SONDERMAN*    (in custody)

Dear Sir/Madam:

    A **SUPERVISED RELEASE VIOLATION HEARING** has been **SET** before **Judge Mark S. Norris** on **THURSDAY, JUNE 12, 2025 at 09:30 AM** in **Courtroom 4, 9th floor of the Federal Building, Memphis, Tennessee**.

    **The parties are instructed to file their positions regarding the Supervised Release Violation with the Court seven (7) days in advance of the hearing.**

    If you have any questions, please contact the case manager at the number provided below.

                                  Sincerely,
                                  WENDY R. OLIVER, CLERK

                      BY:   S/ *Zandra Frazier*
                                Zandra Frazier, Case Manager
                                901-495-1277
                                E-mail: zandra_frazier@tnwd.uscourts.gov