# ServSafe®
# CERTIFICATION

## SHANE SONDERMAN

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).

| | |
|---|---|
| 22779469 | 5575 |
| CERTIFICATE NUMBER | EXAM FORM NUMBER |
| 10/12/2022 | 10/12/2027 |
| DATE OF EXAMINATION | DATE OF EXPIRATION |

Local laws apply. Check with your local regulatory agency for recertification requirements.

Sherman Brown
Executive Vice President, National Restaurant Association Solutions

ACCREDITED PROGRAM
#0655

In accordance with Maritime Labour Convention 2006, Resolution ADM N 068-2013 (Regulation 3.2, Standard A3.2).

©2017 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. ServSafe® and the ServSafe logo are trademarks of the NRAEF. National Restaurant Association® and the arc design are trademarks of the National Restaurant Association.
This document cannot be reproduced or altered.
17110811 v.1711

Contact us with questions at 233 S. Wacker Drive, Suite 3600, Chicago, IL 60606-6383 or ServSafe@restaurant.org.



# ACT® WorkKeys® NCRC®

ACT certifies that

**SHANE SONDERMAN**

has earned the **ACT WorkKeys National Career Readiness Certificate**™ at the Gold level.



Registered Certificate # T5T5X5T69H12
Issue Date: 9/16/22

 **WorkKeys**   *Skill Report*

A8517200-964839-50

# WorkKeys Individual Summary Score Report

| Examinee: | SONDERMAN, SHANE | Examinee ID**: | 5571 |
| Realm: | FEDERAL CORRECTIONAL INSTITUTION TEXARKANA | Report Date: | Sep 19, 2022 |
| Test Site Name: | FEDERAL CORRECTIONAL INSTITUTION TEXARKANA | | |

| Manifest Name | Test Date | Level Score | Possible Range | Scale Score | Possible Range |
|---|---|---|---|---|---|
| WorkKeys Applied Math | 9/1/2022 | 5 | <3 - 7 | 80 | 65 - 90 |
| WorkKeys Graphic Literacy | 9/1/2022 | 5 | <3 - 7 | 81 | 65 - 90 |
| WorkKeys Workplace Documents | 9/1/2022 | 7 | <3 - 7 | 86 | 65 - 90 |

## WHAT YOUR SCORES MEAN

### WorkKeys Applied Math:
You scored at Level 5. People who score at Level 5 have demonstrated all of the Levels 3 and 4 skills. They also have demonstrated the following skills to:

- Decide what information, calculations, or unit conversions to use to find the answer to a problem.
- Add and subtract fractions with unlike denominators (such as ½ - ¼).
- Convert units within or between systems of measurement (e.g., time, measurement, quantity) where the conversion factor is given either in the problem or in the formula sheet.
- Solve problems that require mathematical operations using mixed units (such as adding 6 feet and 4 inches to 3 feet and 10 inches, or subtracting 4 hours and 30 minutes from 3.5 hours).
- Identify the best deal using one- or two-step calculations that meet the stated conditions.
- Calculate the perimeter or circumference of a basic shape, or calculate the area of a basic shape.
- Calculate a given percentage of a given number and then use that percentage to find the solution to a problem (e.g., find the percentage and then use it to find the discount, markup, or tax).
- Identify where a mistake occurred in a calculation (such as identifying the row in a spreadsheet where a problem occurred).

### WorkKeys Graphic Literacy:
You scored at Level 5. People who score at Level 5 have demonstrated all of the Levels 3 and 4 skills. They also have demonstrated, using graphics designed at the high-moderate level, the skill to:

- Locate information in a graphic using information found in another graphic
- Compare two or more pieces of information
- Identify a trend/pattern/relationship
- Make an inference or decision
- Identify the graphic that accurately represents the data

Additionally, using graphics designed at the low-moderate level, they have demonstrated the following skills:

- Compare two or more trends/patterns/relationships
- Interpret a trend/pattern/relationship

© 2022 ACT, Inc. All rights reserved.   **ID field is abbreviated to last four digits

# ACT® WorkKeys *Skill Report*

A8517200-964839-51

## WorkKeys Individual Summary Score Report

| | |
|---|---|
| Examinee: SONDERMAN, SHANE | Examinee ID**: 5571 |
| Realm: FEDERAL CORRECTIONAL INSTITUTION TEXARKANA | Report Date: Sep 19, 2022 |
| Test Site Name: FEDERAL CORRECTIONAL INSTITUTION TEXARKANA | |

- Make a reasonable inference or decision based on one graphic finding information in another graphic
- Justify a decision or inference based on information
- Identify the most effective graphic given a defined purpose
- Justify the most effective graphic given a defined purpose

### WorkKeys Workplace Documents:

You scored at Level 7. People who score at Level 7 have demonstrated all of the Levels 3, 4, 5, and 6 skills. They also have the skill to read and comprehend long workplace documents that contain many details and are written in lengthy, complex sentences that use advanced vocabulary including esoteric words, jargon, and acronyms where meanings must be inferred from context. In reading these documents, they are able to:

- Infer implied details
- Infer the meaning of an acronym, jargon, or technical term from context
- Apply information/instructions to a situation not directly described in the document or to a completely new situation
- Apply principles inferred in a passage to a situation not directly described in the document or to a completely new situation
- Identify the rationale behind an entire document or a section of a document

© 2022 ACT, Inc. All rights reserved.    **ID field is abbreviated to last four digits

# Certificate of Achievement

**FEDERAL CORRECTIONAL INSTITUTION, TEXARKANA, TEXAS**

Be it known that

## Shane Sonderman

having successfully completed
the requirement prescribed for the course

### ULTRA KEY TYPING

has been awarded this Certificate of Achievement
from the Education Department
this the 14th day of April, Two Thousand Twenty-Two

_A. Hinton_
A. Hinton – Program Coordinator

# Certificate of Achievement

Federal Correctional Institution, Texarkana, Texas

Be it known that

## Shane Sonderman

having successfully completed the
requirements prescribed for the course

### K2 Awareness

has been awarded this Certificate of Achievement
from the Education Department
this the 10th day of August, Two Thousand Twenty-Two



S. Murray — Program Coordinator

# CERTIFICATE OF ACHIEVEMENT

Federal Correctional Institution, Texarkana, Texas

Be it known that

## Shane Sonderman

having successfully completed the
requirements prescribed for the course

### Résumé Writing

has been awarded this Certificate of Achievement
from the Education Department
on the 19th day of May, Two Thousand Twenty-Two

_____
K. Barnes – Program Coordinator

# CERTIFICATE OF ACHIEVEMENT

Federal Correctional Institution, Texarkana, Texas

Be it known that

## Shane Sonderman

having successfully completed the
requirements prescribed for the course

## Motor Learning & Control

has been awarded this Certificate of Achievement
from the Recreation Department
on the 10th day of June, Two Thousand Twenty-Two

_____
D. Reeves – Recreation Specialist

# CERTIFICATE OF ACHIEVEMENT

Federal Correctional Institution, Texarkana, Texas

Be it known that

## Shane Sonderman

having successfully completed the
requirements prescribed for the course

## Biomechanics

has been awarded this Certificate of Achievement
from the Recreation Department
on the 24th day of May, Two Thousand Twenty-Two

_____
D. Reeves – Program Coordinator

# CERTIFICATE OF ACHIEVEMENT

Federal Correctional Institution, Texarkana, Texas

Be it known that

## Shane Sonderman

having successfully completed the
requirements prescribed for the course

## Vegetarian Nutrition

has been awarded this Certificate of Achievement
from the Recreation Department
on the 28th day of July, Two Thousand Twenty-Two

_____
D. Reeves – Program Cooordinator

# CERTIFICATE OF ACHIEVEMENT

Federal Correctional Institution, Texarkana, Texas

Be it known that

## Shane Sonderman

having successfully completed the
requirements prescribed for the course

## CrossFit Structured Exercise

has been awarded this Certificate of Achievement

from the Recreation Department

on the 30th day of April, Two Thousand Twenty-Two

_____
T. Shelton – Recreation Specialist

# CERTIFICATE OF ACHIEVEMENT

Federal Correctional Institution, Texarkana, Texas

Be it known that

## Shane Sonderman

having successfully completed the
requirements prescribed for the course

## Baseball

has been awarded this Certificate of Achievement
from the Education Department
on the 28th day of April, Two Thousand Twenty-Two

_____
A. Hinton – Program Coordinator

# CERTIFICATE OF ACHIEVEMENT



Federal Correctional Institution, Texarkana, Texas

Be it known that

## Shane Sonderman

having successfully completed the
requirements prescribed for the course

## Healthy Minds & Bodies

has been awarded this Certificate of Achievement

from the Recreation Department
on the 17th day of March, Two Thousand Twenty-Three

R. Runnels – Supervisor of Recreation

# Certificate of Achievement

Federal Correctional Institution, Texarkana, Texas

Be it known that

## Shane Sonderman

having successfully completed the requirements prescribed for the course

## Getting To Know Your Healthy Aging Body

*(First Step Act Class)*

has been awarded this Certificate of Achievement from the Recreation Department this 28th day of July, Two Thousand Twenty-Three

R. Runnels – Supervisor of Recreation



# Certificate of Achievement

Federal Correctional Institution, Texarkana, Texas

Be it known that

## Shane Sonderman

having successfully completed the requirements prescribed for the course

## Arthritis Foundation Walk with Ease

*(First Step Act Class)*

has been awarded this Certificate of Achievement from the Recreation Department this 25th day of November, Two Thousand Twenty-Two



R. Runnels — Supervisor of Recreation



# Certificate of Completion

Presented to

## Shane Sonderman

For successfully completing the

**Drug Abuse Education Course**

The Drug Abuse Education Course is a minimum of 12 hours.

The goal of this program is to help the offender to make an accurate evaluation of the consequences of his alcohol/drug use and consider the need for treatment.

S. Hunter
Drug Abuse Treatment Specialist

FCI Texarkana

June 6, 2022
Date

# CERTIFICATE OF ACHIEVEMENT

Federal Correctional Institution, Texarkana, Texas

Be it known that

## Shane Sonderman

having successfully completed the requirements prescribed for the course

### Healthy Aging Body

*First Step Act Credit*

has been awarded this Certificate of Achievement from the Recreation Department on the 18th day of August, Two Thousand Twenty-Two

R. Runnels – Supervisor of Recreation



# Certificate of Achievement

Federal Correctional Institution, Texarkana, Texas

Be it known that

## Shane Sonderman

having successfully completed the
requirements prescribed for the course

## Talking With Your Doctor

has been awarded this Certificate of Achievement
from the Education Department
this the 2nd day of June, Two Thousand Twenty-Two

_____
K. Barnes, Program Coordinator

# Certificate of Achievement

May it be known that

## Shane Sonderman

has completed the curriculum for the 12 Week
Non-Residential Drug Abuse Program
at the Federal Correctional Institution Texarkana, Texas

March 29, 2022

M. Granberry
Drug Treatment Specialist



# Certificate of Completion

Presented to

## Shane Sonderman

For successfully completing

### Traumatic Stress and Resilience Group

Start date: 10/2/2023    End date: 11/27/2023

_____    11/27/2023
Dr. Tapscott                       Date

Staff Psychologist

Federal Correctional Institution – Texarkana, Texas