# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                               Case No. 2:20-cr-20090-MSN

SHANE SONDERMAN,

    Defendant.

## ORDER OF RECUSAL

The undersigned Court recuses itself in this matter and respectfully returns the matter to the Clerk for reassignment to another United States District Judge for all further proceedings.

**IT IS SO ORDERED**, this 25th day of June, 2025.

                                                  *s/ Mark S. Norris*
                                                  MARK S. NORRIS
                                                  UNITED STATES DISTRICT JUDGE