Dear,
Honorable Judge Annie Christoff

20-20090

RECEIVED
JUN 30 2025
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Hi Miss Christoff I'm writing you this letter in an attempt for some type of change or answers. I was before your court back in late April in which i waived my detention hearing. It is now the middle of June. I was at the penal farm for approximately 10 Days before i was suddenly moved to Fayette County without any warning or any notice.

I've been in SEGREGATION since my arrival here at Fayette County without any reasoning I was not at any risk of other inmates or any other reasonings. I have not received any disciplinary actions or infractions. There is a variety of violations that are being done I am unable to receive or view mail entirely as Fayette County has transitioned to mail being shown on a tablet which i am restricted from using with no reasoning which also allows me not to be able to participate in programming. I was originally going to write this to Judge Norris but he has since rescinded from the case due to some conflict of interest that i am still unaware of. Also on the day of my arrest i was told by the US MARSHAL that transported me to memphis that i should not say anything but the gentleman in front of us under the parking garage was the head US MARSHAL and that Judge Norris happened to hand deliver my arrest warrant to him which i would testify under oath to that. I just hope that you can get me some answers out of this and at least moved back to the penal farm or somewhere suitable that doesn't violate my constitutional rights. Thank you.

Shane M. Sondomen
June 14 2025