**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | No. 20-cr-20090-JTF |
| | * | |
| SHANE SONDERMAN, | * | |
| | * | |
| Defendant. | * | |

---

**NOTICE OF SUBMISSION OF LETTERS OF SUPPORT AS EXHIBIT**

---

The Defendant, Shane Sonderman, by and through counsel of record, hereby gives notice

that the attached letters of support (Cameron Rueckert, Terrance Robinson, and Joyce Sonderman)

are hereby submitted in support ahead of his supervised release revocation hearing, scheduled for

August 28, 2025. (ECF No. 101)

Respectfully submitted, this the 25th day of August, 2025.

*s/ Greg Gookin*

---
Greg Gookin, TN BPR #023649
Assistant Federal Defender
200 Jefferson Ave., Suite 200
Memphis, TN 38103
(901) 544-3895
gregory_gookin@fd.org

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and exact copy of the foregoing document was forwarded by electronic means via the courts electronic filing system or if the foregoing was filed 'under seal' then by mailing same postage pre-paid or by hand delivery:

Ms. Hillary Parham
Assistant United States Attorney

This the 25th day of August, 2025.

*s/ Greg Gookin*

Greg Gookin
Assistant Federal Defender