| | |
|---|---|
| **From:** | Donna Sonderman |
| **To:** | Gregory Gookin |
| **Subject:** | Fwd: My Letter Shane Sonderman Case |
| **Date:** | Monday, August 25, 2025 12:27:52 PM |

You don't often get email from donnasonderman@gmail.com. Learn why this is important

**EXTERNAL SENDER**

---------- Forwarded message ---------
From: **Cameron Rueckert** <cameron@cure.audio>
Date: Thu, Aug 14, 2025, 4:54 PM
Subject: My Letter
To: donnasonderman@gmail.com <donnasonderman@gmail.com>

Your Honor,

My name is Cameron Rueckert, and I am writing to you on behalf of my close friend, Shane Sonderman. I have known Shane for several years, and I want to share my personal experience with him and the man I know him to be.

Shane is one of the most good hearted and genuine people I have met. While I know his past mistakes have had serious consequences, I can say with full confidence that he never set out to harm anyone. He has expressed deep remorse for what happened, and I truly believe he wants to make meaningful changes in his life.  Since his release from federal custody, Shane has expressed a strong desire to use his skills in technology in a positive way. He is talented in computers, marketing, and business development, and we have talked extensively about working together on legitimate projects that would benefit both our community and business. I have no doubt that given the opportunity, he could channel his knowledge into something constructive and impactful. Over the time I've known Shane, I've seen him show kindness, loyalty, and a willingness to help others whenever he can. He is not defined by his worst moments, but rather by his potential to grow, learn, and contribute. I truly believe that with the right support, guidance, and a chance to work, Shane can stay on the right path and build a productive future for himself. I respectfully ask that you take this into consideration when making decisions about his case. Shane has the capacity to do good, and I know he is committed to proving that through his actions.

Thank you for your time and for allowing me to share my perspective.
Cameron Rueckert