| | |
|---|---|
| **From:** | Donna Sonderman |
| **To:** | Gregory Gookin |
| **Subject:** | Fwd: Terrence Shane Sonderman |
| **Date:** | Monday, August 25, 2025 12:26:02 PM |

You don't often get email from donnasonderman@gmail.com. Learn why this is important

**EXTERNAL SENDER**

---------- Forwarded message ---------
From: **Cameron Rueckert** <cameron@cure.audio>
Date: Fri, Aug 15, 2025, 3:40 PM
Subject: Terrence
To: donnasonderman@gmail.com <donnasonderman@gmail.com>

Dear Judge,

My name is Terrance Robinson, and I am writing to you on behalf of my friend, Shane Sonderman. I have known Shane for a couple years, and in all that time, I have never known him to be anything but a person who is loving, hardworking, and committed to doing right by others. He is not just a friend to me, he is someone who has always gone above and beyond to help others, even when it wasn't easy or convenient. Whether it was helping family members during tough times, or providing support to those in need, Shane has consistently proven to be a person who values community and responsibility. I have witnessed firsthand the deep remorse he feels. This was a momentary lapse, not a reflection of who Shane truly is or the values that he upholds every day. Please, I ask that you consider the full picture of who Shane is someone who has made a mistake, yes, but also someone who is remorseful, ready to improve, and eager to be given the chance to make things right.

Thank you for your time, understanding, and consideration.
Terrance Robinson