

08\01\2025

To whom it may concern,

    I am writing this letter on behalf of my great grandson Shane Sonderman. Unfortunately most people only know the Shane Sonderman that is talked about on social media and in news stories. Like everyone he has made mistakes in his life some with grave consequences. He has paid the price for his mistakes and is trying to move on with his life. I have witness the changes in him in the last year. He is no longer the selfish young boy that he use to be, only thinking of himself. I don't know if it was time in prison or watching his grandfather slowly waste away or maybe the combination that made the changes in him. He moved in with me and my husband (his grandfather). He needed a place to stay and I needed his strength and help with his grandfather. Each trip to the hospital, rehab, and back home his grandfather became weaker and weaker. His grandfather finally was a completely bed bound and total care. Shane stepped up and help turn and lift his grandfather so he could be cleaned, bathed and fed. We