eventually ended up with my husband in hospice care and he died at home surrounded by family. I would not have been able to keep him at home if not for my daughters and Shane helping us. After my husband passed Shane stayed to help me manage the house. Due to my own health issues I am not able to keep and care for my home. Shane started helping clean the house, do laundry and turns out a pretty good cook. I thank God that he was able to get out of prison in time to be with his grandfather. I truly believe that watching his grandfather struggle to take his last breathes made Shane see that everyone has a limit time here on earth. I wish people could see the good that Shane does too not just his past. Thank you for taking time to read my letter.

Sincerely,

Joyce Sonderman