AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  2:20-cr-20090 |
| Shane Sonderman ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for: the United States of America.  (Please remove AUSA Lauren Delery from the distribution list.)

Date:  08/27/2025

s/ Hillary Lawler Parham
*Attorney's signature*

Hillary Lawler Parham TN Bar No. 025520
*Printed name and bar number*

109 South Highland Ave., Suite 300
Jackson, TN 38301

*Address*

hillary.parham@usdoj.gov
*E-mail address*

(731) 422-6220
*Telephone number*

(731) 422-6668
*FAX number*