✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **TENNESSEE**

UNITED STATES OF AMERICA

V.

SHANE SONDERMAN

## EXHIBIT AND WITNESS LIST

Case Number: 2:20-cr-20090-1 JTF

| PRESIDING JUDGE<br>John T. Fowlkes, Jr. | PLAINTIFF'S ATTORNEY<br>Hillary Parham | DEFENDANT'S ATTORNEY<br>Greg Gookin |
|---|---|---|
| TRIAL DATE (S)<br>8/28/2025 | COURT REPORTER<br>Lashawn Marshall | COURTROOM DEPUTY<br>Chris Sowell |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x |  | 8/28/2025 |  |  | Haley Howell - U.S. Probation |
| 1 |  | 8/28/2025 | x | x | Victim Statement |
| 2 |  | 8/28/2025 | x | x | Letters of Support (Collective) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages