UNITED STATES DISTRICT COURT
Western District of Tennessee

UNITED STATES OF AMERICA
    Plaintiff,

VS.                                    Case Number 2:17-cr-20349-1 JTF

ELDRA L. BACCHUS,
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
**(For Offenses Committed on or After November 1, 1987)**

    The defendant, Eldra L. Bacchus, was represented by Ned Germany, Esq.

    It appearing that the defendant, who was convicted on November 27, 2018 in the above styled cause and was placed on Supervised Release for a period of three (3) years, has violated the terms of Supervised Release.

    It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be REVOKED and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Time Served.

    FURTHERMORE, the Court hereby re-imposes a term of Supervised Release with the same expiration date of February 26, 2026, and with the same previously imposed conditions of supervised release.

    Restitution and other monetary penalties remain as previously imposed.

    The defendant shall surrender to the Bureau of Prisons as designated by the United States Marshal.

    Signed this the 28th day of August, 2025.

                                                       s/John T. Fowlkes, Jr.
                                                       JOHN T. FOWLKES, JR.
                                                       UNITED STATES DISTRICT JUDGE

Defendant's SS No.:
Defendant's Date of Birth:
U.S. Marshal No.: 30679-076
Defendant's Mailing Address: