**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

**UNITED STATES OF AMERICA,**

**vs**

**SHANE SONDERMAN,**  Case No.  **2:20-CR-20090-1-SHL**

**ORDER APPOINTING COUNSEL**
**PURSUANT TO THE CRIMINAL**
**JUSTICE ACT**

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

Attorney Jose Francisco Leon, who is a member of the Criminal Justice Act Panel for the Western District of Tennessee, is appointed as counsel for the defendant.

**DONE** and **ORDERED** July 16, 2026.

s/ Jon A. York
UNITED STATES MAGISTRATE JUDGE

1