AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    2:20CR-20090-SHL-01 |
| SHANE SONDERMAN | ) | |
| | ) | |
| (USM#90050-076) 319173-076 | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Shane Sonderman                                                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

## VIOLATION OF CONDITIONS OF SUPERVISED RELEASE
in violation of Title 18 United States Code, Section(s) 3583

Date:    07/14/2026

s/ Jairo Mendez
*Issuing officer's signature*

City and state:    Memphis, TN

Jairo Mendez, Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/14/25, and the person was arrested on *(date)* 7/15/26
at *(city and state)* Jackson, TN.

Date: 7-15-24

Arresting officer's signature

Cody Moore  Push
*Printed name and title*